JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: MARCELLO ARRIOLA | ) | Case No. CV 16-0691 FMO |
| MARCELLO ARRIOLA, | ) | |
| Appellant, | ) | **JUDGMENT** |
| v. | ) | |
| JOHN M. WOLFE, | ) | |
| Appellee. | ) | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 9th day of June, 2016.

/s/
Fernando M. Olguin
United States District Judge