# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MARCELLO ARRIOLA<br><br>MARCELLO ARRIOLA,<br>　　　　Appellant,<br>　　v.<br>JOHN M. WOLFE,<br>　　　　Appellee. | Case No. CV 16-0691 FMO<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On May 18, 2016, the court issued an Order denying appellant's motion for leave to appeal a bankruptcy court order in forma pauperis. (See Dkt. 14, Court's Order of May 18, 2016). Appellant was cautioned that "[f]ailure to pay the filing and administrative fee by June 1, 2016, shall result in the action being dismissed for failure to prosecute." (Id.). As of the filing date of this Order, no fees have been paid. Accordingly, IT IS ORDERED that the above-captioned case is dismissed, without prejudice, for lack of prosecution and failure to comply with the orders of the court. See Fed. R. Civ. P. 41(b).

Dated this 9th day of June, 2016.

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　United States District Judge